IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **RONALD CHANDLER, et al.,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 7:19-cv-00014-O |
| § | |
| **PHOENIX SERVICES, et al.,** § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

On April 13, 2020, the Court denied the Chandler Plaintiffs' Motion for Partial Summary Judgment (ECF No. 61) and granted the Phoenix Defendants' Motion for Summary Judgment (ECF No. 64) for the following reasons: (1) the Chandler Plaintiffs failed to establish standing to sue for Supertherm's lost-profits damages; (2) the Chandler Plaintiffs' claims are barred by the Clayton Act's four-year statute of limitations; and (3) the Chandler Plaintiffs cannot hold Phoenix and Fisher liable for HOTF's allegedly anticompetitive conduct. Mem. Op. & Order, ECF No. 76. Accordingly, the Chandler Plaintiffs' claims for *Walker Process* fraud and sham patent litigation are **DISMISSED with prejudice.**

**SO ORDERED** on this **13th day** of **April, 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE